In the Matter of IRVING B. WEINSTEIN, Respondent, against THE BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Appellant.

Argued April 11, 1944; decided May 18, 1944.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd* and *Henry S. Manley* of counsel), for appellant.

*Benjamin C. Ribman, Myron M. Fineman* and *Horace M. Cohen* for respondent.

Order of Appellate Division reversed and determination of the Board of Regents of the State of New York confirmed. The determination is supported by substantial evidence and the Appellate Division has no power under section 1296 of the Civil Practice Act to review such a determination '' on the facts ''. (*Matter of Miller* v. *Kling,* 291 N. Y. 65.) (See 293 N. Y. 589.)

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.